FILED
CLERK, U.S. DISTRICT COURT

Oct 27, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tim Haskin,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>US Airways, Inc., a corporate Business entity and CWA-IBT Association Union,<br><br>　　　　　Defendants. | Case No. CV-14-02901-SVW (Jemx)<br><br>[PROPOSED] JUDGMENT<br><br>Courtroom: 6<br>Judge:　　Hon. Stephen V. Wilson |

# [PROPOSED] JUDGMENT

WHEREFORE, on April 4, 2015, the Court dismissed with prejudice all of Plaintiff Tim Haskin's claims for relief except for his hybrid breach of the duty of fair representation ("DFR") claim against Defendant CWA-IBT Association and breach of contract claim against Defendant US Airways, Inc. *See* Docket No. 55. On September 25, 2015, the Court granted summary judgment in Defendants' favor on Plaintiff's remaining hybrid breach of contract and DFR claims. *See* Docket No. 126. As such, Plaintiff has no remaining claims for relief in this action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Defendants US Airways, Inc. and CWA-IBT Association and against Plaintiff Tim Haskin. Plaintiff shall take nothing as a result of his claims for relief, all of Plaintiff's claims for relief shall be dismissed with prejudice, and Defendants shall recover their costs.

DATED: Oct 27, 2015

JUDGE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE